UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE EX PARTE MATTER OF:

MARIA DEL ROSARIO GANTUS DIAZ
A215-937-665

Case No. 3:19-mc-05019-BHS

EMERGENCY EX PARTE ORDER
TO PROVIDE INVOLUNTARY
MEDICAL TREATMENT

**FILED UNDER SEAL**

The United States Department of Homeland Security, Immigration and Customs

Enforcement (hereinafter "ICE"), by and through the United States Attorney for the Western

District of Washington, has filed an ex parte motion for an order permitting ICE to immediately

provide involuntary medical monitoring, testing, and, if deemed medically necessary to prevent

irreparable injury, intravenous hydration for Maria Del Rosario Gantus Diaz, File No. A215-937-

665, who is currently being held as a civil detainee at the Northwest Detention Center in

Tacoma, Washington.

Based on the declaration of Dr. Sheri Malakhova and Supervisory Detention and

Deportation Office Remely A. DelaPaz, the Court finds there is sufficient cause to believe that

without the requested medical testing and treatment, Ms. Gantus Diaz is in danger of irreparable

injury, and possible death.

EMERGENCY EX PARTE MOTION TO PROVIDE
INVOLUNTARY MEDICAL TREATMENT- 1

1

2        Therefore, IT IS HEREBY ORDERED that ICE may undertake necessary medical

3 treatment and testing to save Ms. Gantus Diaz's life and prevent injury to her, including:

4        1.   Involuntary hydration through an intravenous line as medically necessary;

5        2.   Physical examination with daily weight assessments and frequent vital sign checks;

6        3.   Laboratory tests at least every 24 – 72 hours, consisting of:

7                a.   Complete metabolic panel.  This test reveals an increase in markers of kidney

8                     function in view of any renal injury.  The panel tests include:  BUN (blood

9                     urea nitrogen), creatinine level, urinalysis, and proteins.  It also reveals

10                     electrolyte disturbances as potassium, phosphate, magnesium and glucose

11                     levels can lead to heart arrhythmias.

12

13                b.   Complete blood count.  This test reveals the hemoglobin level.

14                c.   Hemoglobin A1C.  This test indicates how long the blood sugar has been in an

15                     elevated state and correlates with medical complications.

16                d.   Urinalysis, which reveals the presence of ketones, blood and crystals in the

17                     urine.

18                e.   Magnesium and phosphate levels to assess deficiency affecting heart health.

19                f.   Electrocardiogram, if the patient shows an abnormal potassium, is necessary

20                     to treat conditions which can lead to lethal arrhythmias.

21                g.   Creatine kinase (CK), is an enzyme found inside muscle cells and should be

22                     measured as it is released into the blood, when the muscle cells rupture.  The

23                     increase in CK as a result of the destruction of muscle tissue can lead to acute

24                     renal failure and death.

25

EMERGENCY EX PARTE MOTION TO PROVIDE
INVOLUNTARY MEDICAL TREATMENT- 2

h. Pre-albumin levels. Pre-albumin is used as a marker for nutritional status evaluation, and levels will decrease over time the longer a patient fails to consume adequate nutrition. The pre-albumin level correlates with patient morbidity and mortality risk. Normal pre-albumin is 15-35 mg/dL. When pre-albumin falls to 5-11 mg/DL, significant morbidity risks exist and aggressive nutritional support is necessary.

IT IS HEREBY FURTHER ORDERED that if Ms. Gantus Diaz continues to refuse the necessary medical treatment and monitoring, ICE and medical staff as the Northwest Detention Center may use soft medical restraints to assure the safety of Ms. Gantus Diaz and the medical staff when administering the necessary treatment.

IT IS HEREBY FURTHER ORDERED that ICE shall submit a status report to the Court on Ms. Gantus Diaz's condition **by 2:00 p.m. on Monday, June 24, 2019.**

ICE is directed to provide a copy of this order to Ms. Gantus Diaz forthwith.

DATED this 20th day of June, 2019.


_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

EMERGENCY EX PARTE MOTION TO PROVIDE
INVOLUNTARY MEDICAL TREATMENT- 3

1    /s/ *Michelle R. Lambert*
    MICHELLE R. LAMBERT, NY # 4666657
2    Assistant United States Attorney
    1201 Pacific Avenue, Suite 700
3    Tacoma, WA 98402
    Telephone: (253) 428-3824
4    E-mail: michelle.lambert@usdoj.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EMERGENCY EX PARTE MOTION TO PROVIDE
INVOLUNTARY MEDICAL TREATMENT- 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970